Payam Shahian (SBM 228406)
pshahian@slpattorney.com
Breita Linnell (SBN 330758)
Email: blinnell@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone:   (310) 929-4900
Facsimile:   (310) 943-3838

Attorneys for Plaintiff,

SANDRA CERVANTES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA CERVANTES,<br><br>    Plaintiff,<br><br> vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-05700-MCS-RAO<br><br>Complaint filed: August 11, 2022<br><br>Hon. Mark C. Scarsi<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>Date: November 13, 2023<br>Time: 9:00 a.m. |

[PROPOSED] ORDER- Case No.: **2:22-CV-05700-MCS-RAO**

**ORDER**

Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses ("Motion") came for hearing, the Honorable Mark c. Scarsi presiding. After hearing all the arguments of counsel, and considering the papers submitted in support of and in opposition to the Motion, and good cause appearing, **IT IS ORDERED THAT** Plaintiffs' Motion be granted in its entirety.

Fees, costs, and expenses in the total amount of _____ are hereby awarded to Plaintiff's counsel, Strategic Legal Practices, APC.

Dated:

                                         Hon. Mark C. Scarsi
                                         U.S. District Court Judge

[PROPOSED] ORDER- Case No.: **2:22-CV-05700-MCS-RAO**

1